Clerk's Office United States District Court
Northern District of New York
U.S. District Court
Alexander Pirnie Federal Building, 3rd
10 Broad Street
Utica, New York 13501


Marcos DeLacruz, Din: 91-B-1523
Groveland C.F.
P.O. Box 50
7000 Sonyea Rd.
Sonyea, N.Y. 14556

March 4, 2021

Re: DeLacruz v. Anthony Annucci 9: 19-CV-(GLS/TWD)

Dear Sir/Madam-Other,

    Plesae accept this correspondence as an application or motion to rescind or withdraw the Complaint, number mentioned above with prejudice. As I no longer wish to pursue this matter and I am requesting that the claim be dismissed by the Court.

    It is my intention to make an attempt to be deported back to my Country and leave all of my United states matters behind me.

    I have served a copy of this correspondence on the Office of the Attorney General of State of New York, Hon. Letitia James, Esq.


    Thank you for your time and attention in this matter. As you will not hear from me again.


cc: Hon. Letitia James, Esq.
Department of Law
The Capitol Building
Litigation and Claims Bureau
Albany, NY 12224

cc; MD

Respectfully submitted

_____
Marcos deLacruz Pro-Se

IT IS SO ORDERED:

_Gary L. Sharpe_ (signature)
Gary L. Sharpe
Senior U.S. District Judge

Dated: March 9, 2021